UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA K. WELCH, *et al.*,

Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

Defendants.

Civil Action No. 01-863 (CKK)

**FILED**

OCT 1 5 2007

FINAL JUDGMENT
(October 15, 2007)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiffs' Motion for Entry of Judgment was referred to Magistrate Judge Alan Kay for Report and Recommendation pursuant to LCvR 72.3(a). On September 20, 2007, Magistrate Judge Kay recommended that the Court grant Plaintiffs' Motion and enter damages for Plaintiffs and Intervenor-Plaintiffs in the amount of **$32,698,304.00**, allocated in the following manner:

1. Linda Welch         **$2,698,304.00** in economic damages to the Estate of Kenneth V. Welch, by Linda Welch, Administrator, for the benefit of Linda Welch;

   **$10 Million** in non-economic damages to the Estate of Kenneth V. Welch, by Linda Welch, Administrator, for the benefit of Linda Welch;

2. Christopher Welch  **$5 Million** in non-economic damages to the Estate of Kenneth V. Welch, by Linda Welch, Administrator, for the benefit of Christopher Welch;

2. Brian Welch        **$5 Million** in non-economic damages to the Estate of Kenneth V. Welch, by Linda Welch, Administrator, for the benefit of Brian Welch;

3. Betty Welch        **$5 Million**;

4. Gerard Welch       **$2.5 Million**;

5. Michael Welch      **$2.5 Million**.



Plaintiffs have waived all objections to the Magistrate Judge's Report and Recommendation. Defendants, who have not entered an appearance in this action, have not come forward to file any objections. As there are no objections, and for the reasons set forth in Magistrate Judge Kay's thoughtful report, it is this 15th day of October, 2007, hereby

**ORDERED** that Plaintiffs' Motion for Entry of Judgment is GRANTED and that judgment is hereby entered for Plaintiffs; it is further

**ORDERED** and **ADJUDGED** that all Defendants are jointly and severally liable to in the amount of $2,698,304.00 for economic damages to the Estate of Kenneth V. Welch, for the benefit of Plaintiff Linda Welch; it is further

**ORDERED** and **ADJUDGED** that all Defendants are jointly and severally liable to in the amount of $10 Million for non-economic damages to the Estate of Kenneth V. Welch, for the benefit of Plaintiff Linda Welch; it is further;

**ORDERED** and **ADJUDGED** that all Defendants are jointly and severally liable in the amount of $5 Million for non-economic damages to the Estate of Kenneth V. Welch, for the benefit of Plaintiff Christopher Welch; it is further;

**ORDERED** and **ADJUDGED** that all Defendants are jointly and severally liable in the amount of $5 Million for non-economic damages to the Estate of Kenneth V. Welch, for the benefit of Plaintiff Brian Welch; it is further;

**ORDERED** and **ADJUDGED** that all Defendants are jointly and severally liable to Intervenor-Plaintiff Betty Welch for $5 Million; it is further

**ORDERED** and **ADJUDGED** that all Defendants are jointly and severally liable to Intervenor-Plaintiff Gerard Welch for $2.5 Million; it is further

**ORDERED** and **ADJUDGED** that all Defendants are jointly and severally liable to Intervenor-Plaintiff Michael Welch for $2.5 Million; and it is further

**ORDERED** that Plaintiffs may arrange for this Final Judgment and Magistrate Judge Kay's Report and Recommendation to be translated into Farsi and, at Plaintiffs' request, the Clerk's Office shall cause a copy of the translated documents to be transmitted to the U.S. Department of State for service upon defendants through diplomatic channels.

**SO ORDERED.**

_____
**COLLEEN KOLLAR-KOTELLY**
**United States District Judge**

Copy to:

Magistrate Judge Alan Kay